```
 1  GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
 2  PATRICIAL L. BONHEYO, Bar No. 194155
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  Emails:  amortl@glynnfinley.com
             tbonheyo@glynnfinley.com
 6
         Attorneys for Defendant
 7       Chevron U.S.A. Inc.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANSAI DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON U.S.A. INC., and DOES 1-50 <br><br> Defendants. | Case No. C06-03444SC <br><br> **DEFENDANT CHEVRON U.S.A. INC.'S AND PLAINTIFF KANSAI DEVELOPMENT, INC.'S JOINT CASE MANAGEMANT STATEMENT** |

The parties to the above-entitled action jointly submit this Statement. The parties have filed a stipulated dismissal of the action on August 14, 2006, and they are awaiting entry of the order dismissing this action.

Dated: August 18, 2006         STEYER LOWENTHAL BOODROOKAS
                               ALVAREZ & SMITH, LLP


                               By      /s/Jeffrey H. Lowenthal
                                  Attorneys for Plaintiff Kansai
                                  Development, Inc.


Dated: August 18, 2006         GLYNN & FINLEY, LLP
                               ANDREW T. MORTL
                               PATRICIA L. BONHEYO


                               By      /s/Patricia L. Bonheyo
                                  Attorneys for Defendant Chevron
                                  U.S.A. Inc.

Docket No. C06-03444 SC

**PROOF OF SERVICE VIA CM/ECF**

I, Gina M. Bentley, declare as follows:

I am over the age of 18 years, and not a party to the action; and I am employed in the County of Contra Costa, California. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On August 18, 2006, I served the following document(s):

a. **DEFENDANT CHEVRON U.S.A. INC.'S AND PLAINTIFF KANSAI DEVELOPMENT, INC.'S JOINT CASE MANAGEMANT STATEMENT**

on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Jeffrey H. Lowenthal, Esq.
Bryan M. Kreft, Esq.
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
*Attorneys for Plaintiff*
*Kansai Development, Inc.*
**Telephone: (415) 421-3400**
**Fax: (415) 421-2234**
Email: jlowenthal@sleyerlaw.com
Email: bkreft@steyerlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of August, 2006 at Walnut Creek, California.

/s/Gina M. Bentley
Gina M. Bentley

- 1 -

PROOF OF SERVICE