Jeffrey H. Lowenthal (State Bar No.111763)
Bryan M. Kreft (State Bar No. 211839)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
jlowenthal@steyerlaw.com
bkreft@steyerlaw.com

Attorneys for Plaintiff
KANSAI DEVELOPMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | | |
|---|---|---|
| KANSAI DEVELOPMENT, INC., | ) | Case No. C 06-03444 SC |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION OF DISMISSAL |
| | ) ) | ORDER |
| CHEVRON U.S.A., INC, and DOES 1-50, | ) ) | |
| Defendants. | ) ) | |

STIPULATION OF DISMISSAL

S:\AMERIPPO\Kansai\Chevron\Pleadings\Stipulation for Dismissal without prejudice.wpd


1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed without
3  prejudice pursuant to FRCP 41(a)(1)(ii).

6  Dated: Aug 10, 2006            STEYER LOWENTHAL BOODROOKAS
                                   ALVAREZ & SMITH LLP

                          By:     _____/s/_____
                                   Bryan M. Kreft
                                   Attorneys for Plaintiff
                                   Kansai Development, Inc.

13 Dated: Aug 10, 2006            GLYNN & FINLEY, LLP

                          By:     _____/s/_____
                                   Patricia L. Bonheyo
                                   Attorneys for Defendant
                                   Chevron U.S.A., Inc.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 8/21/06]*

- 2 -